IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 94-cr-00276-DBS01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES ANTHONY HAWKINS,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

JUN 1 2 2007

GREGORY C. LANGHAM
CLERK

---

### ORDER CONTINUING SUPERVISED RELEASE

---

    THIS MATTER was before the Court on report of the probation officer following a supervised release violation hearing. The defendant admits to violating supervised release as alleged in the probation officer's petition and the Court finds that the defendant has violated the terms and conditions of supervision. Accordingly, it is

    ORDERED that the defendant is continued on supervised release and that all previously imposed conditions shall remain in full force and effect.

    DATED at Denver, Colorado, this _15th_ day of March, 2007.

BY THE COURT:

RICHARD P. MATSCH
Senior District Judge